# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

In re: §
§
FULLETT, JOSEPH C § Case No. 17-22009
FULLETT, ANNE N §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                       $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-22009 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | FULLETT, JOSEPH C | | | Date Filed (f) or Converted (c): | 07/24/17 (f) |
| | FULLETT, ANNE N | | | 341(a) Meeting Date: | 08/28/17 |
| For Period Ending: | 02/12/19 | | | Claims Bar Date: | 12/04/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 218 Sierra Place NE, Albuquerque, NM OWNED BY JOSEPH FULLETT ONLY. | 343,180.00 | 336,500.00 | | 339,558.50 | FA |
| 2. 2008 Chrysler Town and Country Touring (Valued | 4,939.00 | 3,500.00 | | 0.00 | FA |
| 3. 2010 Honda Civic Sedan LX (Valued via KBB on | 4,897.00 | 0.00 | | 0.00 | FA |
| 4. Various used household furnishings and personal | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5. Various small used electronics at liquidated | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. 2 used bikes, 1 used set of golf clubs and | 400.00 | 400.00 | | 0.00 | FA |
| 7. Various used clothes | 300.00 | 0.00 | | 0.00 | FA |
| 8. 2 used watches, 2 used wedding bands and various | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. Cash | 50.00 | 50.00 | | 0.00 | FA |
| 10. Harris | 1,000.00 | 139.00 | | 0.00 | FA |
| 11. Chase | 400.00 | 400.00 | | 0.00 | FA |
| 12. Harris (rental income account) | 400.00 | 400.00 | | 0.00 | FA |
| 13. Harris | 3,500.00 | 0.00 | | 0.00 | FA |
| 14. Fidelity Brokerage Account | 200.00 | 200.00 | | 0.00 | FA |
| 15. Etrade. No activity for past 12 months | 0.00 | 0.00 | | 0.00 | FA |
| 16. Prudential | 5,000.00 | 0.00 | | 0.00 | FA |
| 17. Employer Sponsored | 1,500.00 | 0.00 | | 0.00 | FA |
| 18. Landlord | 2,200.00 | 0.00 | | 0.00 | FA |
| 19. Employer Spondered Term Policy, Beneficiary: | 0.00 | 0.00 | | 0.00 | FA |
| 20. Employer Sponsered Term Policy, Beneficiary: Wife | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $373,966.00 $347,589.00 $339,558.50 $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 17-22009   JBS   Judge: JACK B. SCHMETTERER | Trustee Name:   Phillip D. Levey |
| Case Name: | FULLETT, JOSEPH C | Date Filed (f) or Converted (c):   07/24/17 (f) |
| | FULLETT, ANNE N | 341(a) Meeting Date:   08/28/17 |
| | | Claims Bar Date:   12/04/17 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/20/18       Current Projected Date of Final Report (TFR): 12/03/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-22009 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | FULLETT, JOSEPH C | | Bank Name: | ASSOCIATED BANK |
| | FULLETT, ANNE N | | Account Number / CD #: | *******5315 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4436 | | | |
| For Period Ending: | 02/12/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/18 | | Old Republic National Title Company<br>2600 American Road SE, Ste. 101<br>Rio Rancho, NM | Sale of House | | 124,709.46 | | 124,709.46 |
| | 1 | OLD REPUBLIC NATIONAL TITLE COMPANY | Memo Amount:  336,500.00<br>Sale of House | 1110-000 | | | |
| | | LEUNG, PATRICK | Memo Amount:  ( 1,151.43 )<br>Property Taxes 1/1/18-4/20/18 | 2820-000 | | | |
| | | SETERUS | Memo Amount:  ( 151,374.36 )<br>First Mortgage | 4110-000 | | | |
| | | BANK OF AMERICA | Memo Amount:  ( 31,163.18 )<br>Second Mortgage | 4110-000 | | | |
| | | OLD REPUBLIC NATIONAL TITLE INSURAN | Memo Amount:  ( 1,216.00 )<br>Title Policy | 2500-000 | | | |
| | | BERNALILO COUNTY TREASURER | Memo Amount:  ( 1,927.86 )<br>Property Taxes | 2820-000 | | | |
| | | ABCWUA | Memo Amount:  ( 354.64 )<br>Water Bill | 2500-000 | | | |
| | | CONCEPT ONE, LLC | Memo Amount:  ( 350.00 )<br>Home Warranty | 2500-000 | | | |
| | | PROFESSIONAL SURVEYING LLC | Memo Amount:  ( 239.48 )<br>Survey | 2500-000 | | | |
| | | NM REAL ESTATE NOW, LLC | Memo Amount:  ( 10,095.00 )<br>Real Estate Commission | 3510-000 | | | |
| | | SUNBIRD REAL ESTATE SERVICES | Memo Amount:  ( 10,095.00 )<br>Real Estate Commission | 3510-000 | | | |
| | | NM REAL ESTATE NOW, LLC | Memo Amount:  ( 757.13 )<br>Real Estate Commision Sales Tax | 2820-000 | | | |
| | | SUNBIRD REAL ESTATE SERVICES | Memo Amount:  ( 757.13 ) | 2820-000 | | | |

Page Subtotals    124,709.46        0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 17-22009 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FULLETT, JOSEPH C | | Bank Name: | ASSOCIATED BANK |
| | FULLETT, ANNE N | | Account Number / CD #: | *******5315 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4436 | | | |
| For Period Ending: | 02/12/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | OLD REPUBLIC NATIONAL TITLE INSURAC | Real Estate Commission Sales Tax<br>Memo Amount:  ( 786.00 )<br>Title Insurance | 2500-000 | | | |
| | | RANEY, MARK | Memo Amount:  ( 537.50 )<br>Appraisal Fee | 2500-000 | | | |
| | | OLD REPUBLIC NATIONAL TITLE INSURAN | Memo Amount:  ( 731.00 )<br>Closing Fee | 2500-000 | | | |
| | | OLD REPUBLIC NATIONAL TITLE INSURAN | Memo Amount:  ( 100.00 )<br>Title Commitment Fee | 2500-000 | | | |
| | | OLD REPUBLIC NATIONAL TITLE INSURAN | Memo Amount:  ( 54.83 )<br>Gross Receipt Tax | 2820-000 | | | |
| | | OLD REPUBLIC NATIONAL TITLE INSURAN | Memo Amount:  ( 50.00 )<br>Pro Rata Search Fee | 2500-000 | | | |
| | | OLD REPUBLIC NATIONAL TITLE INSURAN | Memo Amount:  ( 50.00 )<br>Special Assessment Fee | 2500-000 | | | |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.50 | 124,565.96 |
| 06/19/18 | 1 | Seterus | Turnover of escrow account balance. | 1110-000 | 1,130.64 | | 125,696.60 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 179.86 | 125,516.74 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.62 | 125,330.12 |
| 08/26/18 | 1 | Seterus<br>14523 SW Millikan Way<br>Suite 200<br>Beaverton, OR | Turnover of Escrow Account | 1110-000 | 1,927.86 | | 127,257.98 |
| 08/27/18 | 010001 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL | Estate Income Taxes - 2018<br>FEIN  82-7044436<br>TAX YEAR  - 2018<br>IL - 1041 - V | 2820-000 | | 424.00 | 126,833.98 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.77 | 126,647.21 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.24 | 126,464.97 |
| | | | Page Subtotals | | 3,058.50 | 1,302.99 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 21.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 17-22009 -JBS | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | FULLETT, JOSEPH C | | Bank Name: | ASSOCIATED BANK |
| | FULLETT, ANNE N | | Account Number / CD #: | *******5315 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4436 | | | |
| For Period Ending: | 02/12/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.00 | 126,276.97 |
| t 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 126,276.97 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 336,500.00 | COLUMN TOTALS | 127,767.96 | 127,767.96 | 0.00 |
| | Memo Allocation Disbursements: | 211,790.54 | Less: Bank Transfers/CD's | 0.00 | 126,276.97 | |
| * Reversed | | | Subtotal | 127,767.96 | 1,490.99 | |
| t Funds Transfer | Memo Allocation Net: | 124,709.46 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 127,767.96 | 1,490.99 | |

Page Subtotals    0.00    126,464.97

Ver: 21.00a

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-22009 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | FULLETT, JOSEPH C | Bank Name: | Axos Bank |
|  | FULLETT, ANNE N | Account Number / CD #: | *******0095  Checking Account |
| Taxpayer ID No: | *******4436 |  |  |
| For Period Ending: | 02/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| t  12/12/18 |  | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 126,276.97 |  | 126,276.97 |

* Reversed
t Funds Transfer

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |
| | | |
| Total Allocation Receipts: | 336,500.00 | |
| Total Allocation Disbursements: | 211,790.54 | |
| Total Memo Allocation Net: | 124,709.46 | |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 126,276.97 | 0.00 | 126,276.97 |
| Less: Bank Transfers/CD's | 126,276.97 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - ********5315 | 127,767.96 | 1,490.99 | 0.00 |
| Checking Account - ********0095 | 0.00 | 0.00 | 126,276.97 |
|  | 127,767.96 | 1,490.99 | 126,276.97 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    126,276.97    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 12, 2019 |
|---|---|---|---|---|---|---|

Case Number: 17-22009  
Debtor Name: FULLETT, JOSEPH C  
Claims Bar Date: 12/04/17  

Priority Sequence  

Joint Debtor: FULLETT, ANNE N

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | U.S. Bankruptcy Court Clerk | Administrative | | $0.00 | $181.00 | $181.00 |
| 001<br>2100-00 | Phillip D. Levey<br>2722 North RAcine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $20,227.93 | $20,227.93 |
| 001<br>3410-00 | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Road, Suite 760<br>Schaumburg, IL 60173 | Administrative | | $0.00 | $2,570.50 | $2,570.50 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $13,860.00 | $13,860.00 |
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $124.38 | $124.38 |
| | Subtotal for Priority 001 | | | $0.00 | $36,963.81 | $36,963.81 |
| 000012<br>050<br>4110-00 | Federal National Mortgage Association<br>c/o Seterus, Inc. as servicer for FNMA<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | Secured | (12-1) Real Estate located at: 218 Sierra PL NE, Albuquerque, New Mexico 87108<br>(12-1) Arrearage: $0.00<br>WITHDRAWN | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 050 | | | $0.00 | $0.00 | $0.00 |
| 000002A<br>058<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $4,140.11 | $4,140.11 |
| 000014A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Priority<br>WITHDRAWN | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 058 | | | $0.00 | $4,140.11 | $4,140.11 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $5,791.84 | $5,791.84 |
| 000003<br>070<br>7100-00 | Jeanne Kostlevy<br>31 Alpen Rose Way<br>Mills River, NC 28759 | Unsecured | notified 09/21/2017-ps(3-2) incorrect pdf, filer  notified 09/21/2017-ps | $0.00 | $50,389.40 | $50,389.40 |
| 000004<br>070<br>7100-00 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | CLAIM RE ANN FULLET ONLY - NO DISTRIBUTION. | $0.00 | $1,595.39 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 12, 2019 |

Case Number:   17-22009  
Debtor Name:   FULLETT, JOSEPH C                                         Priority Sequence  
Claims Bar Date: 12/04/17                                         Joint Debtor: FULLETT, ANNE N

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured<br>(5-1) Cavalry SPV I, LLC as<br>assignee of Citibank, N.A./AAdvantage<br>Joseph Fullett only. | $0.00 | $16,695.55 | $16,695.55 |
| 000006<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured<br>(6-1) Cavalry SPV I, LLC as<br>assignee of Citibank, N.A./AAdvantage<br>CLAIM RE ANN FULLET ONLY - NO DISTRIBUTION. | $0.00 | $12,660.06 | $0.00 |
| 000007<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured<br>(7-1) Cavalry SPV I, LLC as<br>assignee of Citibank, N.A./AAdvantage<br>Joseph Fullett only. | $0.00 | $11,648.53 | $11,648.53 |
| 000008<br>070<br>7100-00 | Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured<br>(8-1) Account Number (last 4<br>digits):2067 | $0.00 | $1,982.82 | $1,982.82 |
| 000009<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(GAP)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | $0.00 | $2,977.94 | $2,977.94 |
| 000010<br>070<br>7100-00 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured<br>(10-1) Money Loaned | $0.00 | $663.84 | $663.84 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>SUCCESSOR TO COMENITY BANK<br>POB 41067<br>Norfolk, VA 23541 | Unsecured<br>(11-1) Judgment | $0.00 | $1,693.88 | $1,693.88 |
| 000013<br>070<br>7100-00 | Sam Sample<br>4321 Cobblestone Pl NE<br>Albuquerque, NM  87109 | Unsecured | $0.00 | $155,000.00 | $155,000.00 |
| | Subtotal for Priority 070 | | $0.00 | $261,099.25 | $246,843.80 |
| 000002B<br>080<br>7300-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | $0.00 | $1,476.89 | $1,476.89 |
| 000014B<br>080<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, IL  62794-9035 | Unsecured<br>WITHDRAWN | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: February 12, 2019 |

| Case Number: | 17-22009 | | Priority Sequence | | |
|---|---|---|---|---|---|
| Debtor Name: | FULLETT, JOSEPH C | | Joint Debtor: FULLETT, ANNE N | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Subtotal for Priority 080 | | | $0.00 | $1,476.89 | $1,476.89 |
| | Case Totals: | | | $0.00 | $303,680.06 | $289,424.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-22009  
Case Name: FULLETT, JOSEPH C  
              FULLETT, ANNE N  
Trustee Name: Phillip D. Levey

    Balance on hand                                                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ | $ | $ |
| Charges: U.S. Bankruptcy Court Clerk | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses           $_____  
    Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Jeanne Kostlevy<br>31 Alpen Rose Way<br>Mills River, NC 28759 | $ | $ | $ |
| 000005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ | $ | $ |
| 000007 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (GAP)<br>POB 41067<br>Norfolk, VA 23541 | $ | $ | $ |
| 000010 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | $ | $ | $ |
| 000011 | Portfolio Recovery Associates, LLC<br>SUCCESSOR TO COMENITY BANK<br>POB 41067<br>Norfolk, VA 23541 | $ | $ | $ |
| 000013 | Sam Sample<br>4321 Cobblestone Pl NE<br>Albuquerque, NM  87109 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors    $_____

    Remaining Balance    $_____