UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fullett, Josesph C. and Ann N. | ) | Case No. 17 B 22009 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify, that on February 22, 2019, I served the Notice of

Trustee's Final Report and Applications for Compensation and Deadline to Object on the

persons/entities listed on the accompanying Service List by either depositing the same in the U.S.

Mail in envelopes, with proper postage prepaid, or via CM/ECF.

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Federal National Mortgage Association
c/o Seterus, Inc. as servicer for FNMA
P.O. Box 1047
Hartford, CT 06143-1047

Fullett, Anne & Joseph
2221 Henley Street
Glenview, IL 60025-4161

ILLINOIS DEPARTMENT OF REVENUE
Bankruptcy Department
PO Box 64338
Chicago, IL  60664

Internal Revenue Service - 1/11
PO Box 7346
Philadelphia, PA 19101-7346

Jeanne Kostlevy
31 Alpen Rose Way
Mills River, NC 28759-9698

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SAM SAMPLE
4321 Cobblestone Pl NE
Albuquerque, NM  87109

TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901



**UNITED STATES DEPARTMENT OF JUSTICE**

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

| | | |
|---|---|---|
| *219 S. Dearborn Street* | *Main* | *(312) 886-5785* |
| *Room 873* | *Fax* | *(312) 886-5794* |
| *Chicago, IL 60604* | | |

February 20, 2019

Phillip D. Levey, Esq.
2722 North Racine Avenue
Chicago, IL  60614

>  Re:  **Case Name:**   **Esmerelda M.  McCullough**
>        **Case Number:**   **16-03379**

Dear Mr. Levey:

   On, February 14, 2019, Bankruptcy Judge Pamela S. Hollis entered an Order reopening the above closed Chapter 7 case.  Bond is fixed and approved as the blanket bond.

   Effective immediately you are hereby assigned as the Chapter 7 Trustee in the above referenced case.  If you reject this appointment, you must notify the Court and this office within five (5) days of receipt of this letter.  Otherwise you will be deemed to have accepted this appointment.

   Sincerely,

   Patrick S. Layng
   United States Trustee

Rejected:

Signature                            **ADAM BRIEF** Digitally signed by ADAM BRIEF
                                                         Date: 2019.02.20 09:25:41
                                                         -06'00'

Date                                 Adam G. Brief
                                     Assistant U.S. Trustee